**ORDERED.**

Dated: November 17, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21385/6850025518

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Laura Beth Touchet<br>       Debtor.<br>_____<br>U.S. Bank, N.A.<br>       Movant,<br>  vs.<br><br>Laura Beth Touchet, Debtor, Gayle E. Mills, Trustee.<br><br>       Respondents. | No. 4:09-bk-16401-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is, further described as:

> LOT 320, OCOTILLO UNIT NO. 4A, ACCORDING TO BOOK 22 OF PLATS, PAGE 53, RECORDS OF YUMA COUNTY, ARIZONA

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT